# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ROBERT TOVMASYAN |
| **Case Number:** | 2:09-BK-01205-RTB  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 19, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC. (1921 WEST SPUR DRIVE, PHOENIX)
**R / M #:**   41 / 0

## Appearances:

ROBERT TOVMASYAN, DEBTOR
MAY LU, ATTORNEY FOR MERS

## Proceedings:

Ms. Lu advises the court that the debtor claimed to be in the loan modification process at the last hearing and her client indicates they have no record of that.  She would like the court to order the debtor to get the loan modification completed within 60 days or the stay will lift.

Mr. Tovmasyan informs the court that he made the good faith payment of $2000 directly to Mr. McDonald's office on 7/30/09.  He checked with Countrywide and they will not release his file from the bankruptcy division.

COURT:  IT IS ORDERED continuing this matter to 10/14/09 @ 2:30 p.m.  If Countrywide makes a decision before
 then, the court will move up the hearing.  The debtor is directed to keep making monthly adequate protection
 payments.  The stay will remain in affect pending further order.  The court notes he probably will not grant stay
 relief until the bank determines that a loan modification is not possible.